Britz Construction Company *v.* Wingate
Construction Company, Appellant.

Argued November 17, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Samuel P. Lavine,* with him *Steinberg, Richman, Price & Steinbrook,* for appellant.

*Wilbur Greenberg,* with him *Hillel S. Levison,* and *Miller, Pincus and Greenberg,* for appellee.

OPINION PER CURIAM, January 4, 1967:
Judgment affirmed.